IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JA'COREY N. ANDERSON, #60387177, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:22-CV-00166-K-BK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## **JUDGMENT**

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Even assuming jurisdiction, the petition is DISMISSED WITHOUT PREJUDICE for failure to exhaust the remedies available in Petitioner's pending criminal case.

SO ORDERED.

Signed March 1st, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE